COMMONWEALTH of Pennsylvania,
Respondent

v.

Valerie JONES, Petitioner.

Supreme Court of Pennsylvania.

Feb. 26, 2013.

***ORDER***

PER CURIAM.

**AND NOW,** this 26th day of February, 2013, the Application for Appointment of Counsel and the Petition for Allowance of Appeal are **DENIED.**

COMMONWEALTH of Pennsylvania,
Respondent

v.

Guillermo RAMOS, Petitioner.

Supreme Court of Pennsylvania.

Feb. 27, 2013.

***ORDER***

PER CURIAM.

**AND NOW,** this 27th day of February, 2013, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by petitioner, with slight rephrasing, is:

Did the Superior Court panel's decision affirming the trial court's judgment of sentence impermissibly impose a five (5) year mandatory minimum prison sentence pursuant to 42 Pa.C.S.A. Section 9712.1 in violation of Pennsylvania's indeterminate sentencing scheme mandated by 42 Pa.C.S.A. Section 9756(b), when the maximum sentence for the conviction is also five (5) years?